TRINETTE G. KENT (State Bar No. 222020)
3219 E Camelback Road, #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
David Carlton

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| David Carlton,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Mercantile Adjustment Bureau, LLC,<br><br>　　　　Defendant. | Case No.: 2:15-cv-07124-ODW-MRW<br><br>**NOTICE OF SETTLEMENT** |

1 | NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

By: */s/ Trinette G. Kent*
Trinette G. Kent, Esq.
Lemberg Law, LLC
Attorney for Plaintiff, David Carlton

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On June 26, 2018, I served a true copy of foregoing document(s): **NOTICE OF SETTLEMENT**.

| | |
|---|---|
| **BY ELECTRONIC FILING:** I hereby certify that on June 26, 2018, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. | **Attorney for Mercantile Adjustment Bureau, LLC** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on June 26, 2018.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: __/s/   Trinette G. Kent__
Trinette G. Kent, Esq.
Lemberg Law, LLC
Attorney for Plaintiff, David Carlton