UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

### CIVIL MINUTES – GENERAL

| No. | 2:15-cv-07124-ODW-MRW | Date | June 26, 2018 |
|---|---|---|---|
| Title | *David Carlton v. Mercantile Adjustment Bureau, LLC* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**      **In Chambers**

In light of the parties' recent Notice of Settlement, the Court **DISMISSES** this action without prejudice. On or before **August 20, 2018**, any settling party may move to enforce the settlement, apply to reopen the action, or stipulate to extend the deadline in which to file such a motion or application.[1] If the settling parties do not file any such motion, application, or stipulation on or before that date, the settling parties will be deemed to have stipulated to a dismissal of this action with prejudice. Fed. R. Civ. P. 41.

The Court **VACATES** all other dates and deadlines in this action, and the Clerk of the Court shall close the case.

_____ : 00

Initials of Preparer   SE

---

[1] The Court expressly retains jurisdiction over this action to adjudicate any such or other filings made during this time.